**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV FUNDING, LLC

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WAMBAUGH,<br><br>          Plaintiff,<br><br>          vs.<br><br>LVNV FUNDING, LLC,<br><br>          Defendant. | Case No.: 5:14-cv-02974<br><br>[Removal from the Superior Court of California for the County of Santa Clara, Case No. 114CV265530]<br><br>**DEFENDANT LVNV FUNDING, LLC'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441(c), AND 1446**<br><br>[FEDERAL QUESTION] |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant LVNV Funding, LLC ("Defendant") hereby removes the action described below from the Superior Court of California for the County of Santa Clara, to the United States District Court for the Northern District of California, pursuant to Sections 1331, 1441(c), and 1446 of Title 28 of the United States Code ("U.S.C.").  As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.  In support of this Notice of Removal, Defendant states as follows:

## I.   THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. SECTIONS 1331 AND 1441

On or about May 20, 2014, plaintiff Wayne Wambaugh ("Plaintiff") filed a Complaint in the Superior Court of California for the County of Santa Clara ("Superior Court"), entitled *Wayne Wambaugh v. LVNV Funding, LLC*, Case No. 114CV265530.  In the Complaint, Plaintiff alleges, among other things, that Defendant, with the assistance of a third-party debt collector, is attempting to collect a past due debt from Plaintiff that Plaintiff does not believe he owes.  Complaint, ¶¶ 5-6.  Based on these allegations, Plaintiff asserts two causes of action against Defendant: (1) violation of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code §1788 *et seq.* and (2) violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*  The Summons, Complaint, Civil Case Cover Sheet, and initial case documents issued by the Santa Clara Superior Court are attached hereto as **Exhibit A**, as required by 28 U.S.C. § 1446(a).

Because this action arises under federal law (the FDCPA), which can be ascertained from the face of Plaintiff's Complaint, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.  Further, this Court has supplemental jurisdiction over

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1    Plaintiff's state law claim (the RFDCPA), which forms part of the "same case or

2    controversy" pursuant to 28 U.S.C. § 1367(a).  Specifically, like Plaintiff's FDCPA

3    claim, Plaintiff's RFDCPA claim also alleges that Defendant falsely represented the

4    character and amount of the subject debt owed by Plaintiff.  Complaint, ¶ 8.

5    Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

6    **II.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE**

7    **SATISFIED**

8            On or about May 20, 2014, Plaintiff filed this action in the Superior Court of

9    California for the County of Santa Clara.  Defendant was served with the Complaint

10   on May 30, 2014.  This Notice of Removal is timely in that it was filed within 30 days

11   from the time Defendant had notice that the action was removable, and less than a

12   year after the commencement of the action.  *See* 28 U.S.C. § 1446(b).

13           The Superior Court of California for the County of Santa Clara is located within

14   the United States District Court for the Northern District of California.  *See* 28 U.S.C.

15   § 84(a).  Thus, venue is proper in this Court because it is the "district and division

16   embracing the place where such action is pending."  28 U.S.C. § 1441(a).

17           In compliance with 28 U.S.C. § 1446(d), Defendant will serve on Plaintiff and

18   file with the Clerk of the Superior Court a written notice of the filing of this Notice of

19   Removal, attaching a copy of this Notice of Removal.

20           No previous application has been made for the relief requested herein.

21

22

23

24

25

26

27

28   / / /

YUI | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1    WHEREFORE, Defendant respectfully removes this action from the Superior

2 Court of California for the County of Santa Clara to this Court pursuant to 28 U.S.C.

3 §§ 1331, 1441 and 1446.

4    DATED:  June 27, 2014.

5                          YU | MOHANDESI LLP

6
     By    /s/ Brett B. Goodman
7        Jordan S. Yu
         B. Ben Mohandesi
8        Brett B. Goodman
         Attorneys for Defendant
9        LVNV Funding, LLC

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

– 4 –