**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV FUNDING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WAMBAUGH, | Case No.: 5:14-cv-02974-HRL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Honorable Howard R. Lloyd |
| LVNV FUNDING, LLC, | |
| Defendant. | |

Plaintiff Wayne Wambaugh and Defendant LVNV Funding, LLC have settled this matter in full.  The parties anticipate filing a joint motion to dismiss this action with prejudice within 45 days.

DATED: July 24, 2014         YU | MOHANDESI LLP

                             By_____/s/ Brett B. Goodman_____
                                B. Ben Mohandesi
                                Jordan S. Yu
                                Brett B. Goodman
                                Attorneys for Defendant
                                LVNV Funding, LLC

DATED: July 24, 2014         LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                             By_____/s/ Nicholas J. Bontrager_____
                                Todd M. Friedman
                                Nicholas J. Bontrager
                                Attorneys for Plaintiff
                                Wayne Wambaugh

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2014, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

DATED:  July 24, 2014            YU | MOHANDESI LLP

By        */s/ Brett B. Goodman*
   B. Ben Mohandesi
   Jordan S. Yu
   Brett B. Goodman
   Attorneys for Defendant
   LVNV Funding, LLC