UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAYNE WAMBAUGH,<br><br>  Plaintiff,<br><br> v.<br><br>LVNV FUNDING, LLC,<br><br>  Defendant. | Case No.  5:14-cv-02974 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before September 8, 2014**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **September 23, 2014, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **September 16, 2014**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

1   statement in response to this Order.

2   **SO ORDERED**.

3   Dated:   July 28, 2014

4   _____
5   HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

2

5:14-cv-02974-HRL Notice has been electronically mailed to:

Behzad Ben Mohandesi     bmohandesi@yumollp.com

Brett B Goodman     bgoodman@yumollp.com, bmohandesi@yumollp.com, jyu@yumollp.com

Jordan S. Yu     jyu@yumollp.com

Nicholas J. Bontrager     nbontrager@attorneysforconsumers.com, ecampany@attorneysforconsumers.com, jrea@attorneysforconsumers.com, tfriedman@attorneysforconsumers.com

Suren Naradha Weerasuriya     sweerasuriya@attorneysforconsumers.com

Todd Michael Friedman     tfriedman@attorneysforconsumers.com, ecampany@attorneysforconsumers.com, jrea@attorneysforconsumers.com, nbontrager@attorneysforconsumers.com

3