**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV FUNDING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WAMBAUGH,<br><br>    Plaintiff,<br><br>    vs.<br><br>LVNV FUNDING, LLC,<br><br>    Defendant. | Case No.: 5:14-cv-02974-HRL<br><br>**JOINT STIPULATION TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE**<br><br>Honorable Howard R. Lloyd |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Wayne Wambaugh and Defendant LVNV Funding, LLC, by and through their respective counsel, hereby stipulate to dismiss this action with prejudice in its entirety. Each of the parties to this stipulation shall bear his or its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

DATED: September 4, 2014

        YU | MOHANDESI LLP

        By  */s/ Brett B. Goodman*
           B. Ben Mohandesi
           Jordan S. Yu
           Brett B. Goodman
           Attorneys for Defendant
           LVNV Funding, LLC

DATED: September 4, 2014

        LAW OFFICES OF TODD M. FRIEDMAN, P.C.

        By  */s/ Todd M. Friedman*
           Todd M. Friedman
           Attorneys for Plaintiff
           Wayne Wambaugh

**CERTIFICATE OF SERVICE**

I certify that on September 4, 2014, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: September 4, 2014

                YU | MOHANDESI LLP

                By  */s/ Brett B. Goodman*
                      B. Ben Mohandesi
                      Jordan S. Yu
                      Brett B. Goodman
                      Attorneys for Defendant
                      LVNV Funding, LLC